No. 80–501.   GUTI ET AL. *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 80–504.   LAUFGAS *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–505.   ARLINGHAUS, EXECUTRIX *v.* RITENOUR ET AL. C. A. 2d Cir.   Certiorari denied.

No. 80–507.   RAHIN ET UX. *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 80–508.   NICOLETTE ET AL. *v.* BLOCH, U. S. DISTRICT JUDGE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–509.   MONGIELLO *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 80–512.   BALTIMORE COUNTY, MARYLAND *v.* RAYMOND INTERNATIONAL BUILDERS, INC., ET AL.   Ct. Sp. App. Md. Certiorari denied.

No. 80–514.   LOCAL UNION No. 137, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* FRITO-LAY, INC.   C. A. 9th Cir.   Certiorari denied.

No. 80–517.   JUNEAU SQUARE CORP. ET AL. *v.* FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–520.   JARVILL ET AL. *v.* CITY OF EUGENE ET AL. Sup. Ct. Ore.   Certiorari denied.